# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00277-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, Appellant**

**v.**

**Duncan Burch, Inc., Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-005165, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was stayed as discussed by memorandum opinion on May 14, 2019, after Duncan Burch, Inc. filed for bankruptcy protection. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. The parties have filed joint motions to reinstate and to dismiss this appeal. *See* Tex. R. App. P. 8.3(a). We grant the joint motions and reinstate and dismiss this appeal pursuant to the parties' agreement. *Id.* R. 42.1(a)(2).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Joint Motion

Filed: November 15, 2022